UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jjingo,

                    Plaintiff(s),

     -against –

Liberty Mutual Fire Insurance Company,
                    Defendant(s).
------------------------------------------------------------X

**O R D E R**

7:22-CV-10496 (CS)

<u>Seibel, J.</u>

    It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

    **SO ORDERED**.

Dated: July 20, 2023
    White Plains, New York

                                              CATHY SEIBEL, U.S.D.J.